DOROTHY M. EVANS, APPELLEE, V. CHARLES W. EVANS, APPELLANT.

331 N.W.2d 531

Filed March 25, 1983. No. 82-012.

Charles W. Evans, pro se.

Frost & Meyers, for appellee.

KRIVOSHA, C.J., WHITE, and CAPORALE, JJ., and BUCKLEY, D.J., and COLWELL, D.J., Retired.

PER CURIAM.

The court, having considered oral arguments and having reviewed the record de novo, finds that the decree of the trial court should be affirmed.

AFFIRMED.

JACK MANN, APPELLEE, V. ROBERT GLEASON AND BETTY GLEASON, APPELLANTS.

331 N.W.2d 531

Filed March 25, 1983. No. 82-128.

Philip T. Morgan of Morgan & Morgan, for appellants.

No appearance for appellee.

KRIVOSHA, C.J., MCCOWN, and HASTINGS, JJ., and HOWARD, D.J., and COLWELL, D.J., Retired.

PER CURIAM.

The judgment is supported by substantial evidence in the record as a whole, and no error of law appears.

AFFIRMED. SEE RULE 7A.